IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RUDOLPH HOLTON,

    Plaintiff,

vs.                                            CASE NO. 5:08cv52/RS-EMT

STATE OF FLORIDA, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file.

**ORDERED** on May 6, 2008.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**